JOAN L. SMITH *v.* THE TRAVELERS INDEMNITY COMPANY

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Leonard I. Shankman,* for the appellant (plaintiff).

*George W. Ripley,* for the appellee (defendant).

Argued June 4—decided June 4, 1968

The appellant filed a motion for reargument which was denied.

MARIO FRULLA *v.* BOARD OF POLICE COMMISSIONERS OF THE TOWN OF RIDGEFIELD

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is dismissed.

*John A. Arcudi,* for the appellee (plaintiff).

*Thomas W. VanLenten* and *Romeo G. Petroni,* for the appellant (defendant).